

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin Waine-Golston; Andre Corbin | Civil Action No.  11-cv-1057-GPC-RBB |
| **Plaintiff,** | |
| V. | |
| Time Warner Entertainment-Advance/ Newhouse Partnership | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's motion for summary judgment is Granted.

Date:  3/27/13

CLERK OF COURT
W. SAMUEL HAMRICK, JR.
By:  s/  S. Melvin

S. Melvin, Deputy